

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. IV) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| JESSE RALPH CARTER | : : | E.D. PA Civil Action No. 09-cv-74410 |
| v. | : : | Transferor Court: |
| CSX TRANSPORTATION, INC., et al. | : : : | S. D. GA 92-00044 |

ORDER

AND NOW, this 11th day of April, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.[1]

2. Defendant CSX Transportation's Motion to Exclude the Testimony of Dr. Herman Levy and for Summary Judgment for Lack of Competent Evidence of Injury and Causation [Docket #12] is **GRANTED**.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

---

[1] No objections have been filed.